IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KELLY D. USELTON                                                    PLAINTIFF

V.                          Civil No. 2:25-cv-02104-MEF

FRANK BISIGNANO, Commissioner,
Social Security Administration                                     DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and hearing oral arguments, finds as follows:

For the reasons announced by the Court on the record on August 13, 2026, the Court finds that the decision of the Commissioner of Social Security is not supported by substantial evidence, and the same is hereby reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED on this the 13th day of August 2026.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE